UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. JOHNSON II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT E. RECORD, et al.,<br><br>　　　　Defendants. | NO. CV 11-10001 DMG (FMO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

　　1.　Judgment shall be entered dismissing the action without prejudice.

　　2.　The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: June 11, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE