# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. JOHNSON II, | NO. CV 11-10001 DMG (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ROBERT E. RECORD, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 11, 2012.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE